IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

VS.                              NO. 2:05mc00020-MaV

EAST BROOKS BOOKS, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the court is plaintiff's July 28, 2005, Motion to Dismiss the above-styled action filed March 25, 2005, seeking subpoena enforcement action. Respondent has substantially complied with the administrative subpoena and has produced documents to plaintiff. The court therefore finds good cause to grant plaintiff's motion and this matter is hereby DISMISSED.

It is so ORDERED this 29th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-MC-00020 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Michael F. Pleasants
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT